IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JANIE McTEAR,

    Plaintiff,                                     CIV S-07-1589 MCE KJM

    vs.

MICHAEL J. ASTRUE,                     SUGGESTION OF DEATH UPON
Commissioner of Social Security,        THE RECORD AND ORDER

    Defendant.
_____/

        Plaintiff, represented by counsel, filed a motion for summary judgment on August 27, 2008. The court's review of the Social Security Death Database (Westlaw DEATH-ALL) indicates that plaintiff died on July 20, 2008. No motion for substitution by the decedent's successor or representative has been filed.[1] See Fed. R. Civ. P. 25(a).

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff shall file a motion for substitution within ninety days from the date of this order. Failure to file said motion shall result in a recommendation that the action be dismissed.

/////

---

[1] It appears from the records before the court that plaintiff may have a successor in her husband, Edward McTear. Administrative Transcript ("AT") 89.

1

1          2.  Within ten days from the date of this order, the parties shall file a letter brief
2 on their respective positions as to whether plaintiff's claim is extinguished by death.
3 DATED: January 8, 2009.

4
  006
5 mctear.doa                                   _____
                                               U.S. MAGISTRATE JUDGE