| | |
|---|---|
| 1 | Sengthiene Bosavanh, Esq. #249801 |
| | Law Offices of Jeffrey Milam |
| 2 | P.O. Box 26360 |
| | Fresno, California 93729 |
| 3 | (559) 264-2800 |

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JANIE MCTEAR | ) | |
| | ) | 2:07-CV-1589 MCE KJM |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO EXTEND TIME |
| | ) | |
| vs. | ) | |
| MICHAEL J. ASTRUE | ) | |
| COMMISSIONER OF | ) | |
| SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted a 30 day extension of time, until May 17, 2009 in which to continue investigation and submit the appropriate successor on behalf of the Plaintiff. All remaining actions under the scheduling order filed, August 10, 2007, shall proceed under the time limit guidelines set therein.

/ /

/ /

/ /

/ /

1 | Dated: April 17, 2009          /s/ Sengthiene Bosavanh

2                                 SENGTHIENE BOSAVANH, ESQ.
Attorney for Plaintiff.

4       IT IS SO ORDERED.

6 | Dated: April 23, 2009.

_____
U.S. MAGISTRATE JUDGE