1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JANIE McTEAR,

11              Plaintiff,                      CIV S-07-1589 MCE KJM

12         vs.

13   MICHAEL J. ASTRUE,                        ORDER
     Commissioner of Social Security,
14
                Defendant.
15   _____/

16              Plaintiff, represented by counsel, filed a motion for summary judgment on August

17   27, 2008.  Plaintiff was directed to file a motion for substitution under Federal Rule of Civil

18   Procedure 25 because the court's review of the Social Security Death Database (Westlaw

19   DEATH-ALL) indicated that plaintiff died on July 20, 2008.  An extension of time was granted.

20   Plaintiff has now filed a motion consisting of three sentences requesting the decedent's daughter

21   be substituted in as the plaintiff.  The motion is inadequate.  No affidavit was submitted nor was

22   any other evidence submitted in support of the motion.  There is no explanation offered as to

23   why the daughter is the appropriate party to substitute in as plaintiff, rather than the decedent's

24   spouse.[1]  There is no evidence submitted that the proposed person to be substituted in as plaintiff

25   _____

26         [1]  It appears from the records before the court that plaintiff may have a successor in her
     husband, Edward McTear.  Administrative Transcript ("AT") 89.

                                            1

is in fact decedent's successor or that she has been appointed as representative of decedent's estate.  See, e.g., Cal. Prob. Code § 8400 (person has no power to administer estate until person is appointed personal representative).  For these reasons, the motion will be denied without prejudice.

Accordingly,  IT IS HEREBY ORDERED that:

1.  Plaintiff's motion is denied.

2.  Plaintiff shall file a renewed motion for substitution within twenty days from the date of this order, addressing the deficiencies noted above.  Failure to file said motion shall result in a recommendation that the action be dismissed.

DATED:  May 14, 2009.

_____
U.S. MAGISTRATE JUDGE

006
mctear2.doa

2