IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JANIE McTEAR,

      Plaintiff,                             CIV S-07-1589 MCE KJM

      vs.

MICHAEL J. ASTRUE,                   ORDER
Commissioner of Social Security,

      Defendant.
_____/

      Plaintiff has filed a motion for substitution of party plaintiff (docket no. 30). Upon review of the documents submitted in support of the motion, IT IS HEREBY ORDERED that Regina McTear is substituted in as party plaintiff.

DATED: June 9, 2009.

                                                   U.S. MAGISTRATE JUDGE

006
mctear.sub

1