BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX,
Social Security Administration
SHEA LITA BOND, SBN D.C. 469103
Special Assistant United States Attorney
    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8943
    Facsimile: (415) 744-0134
    Shea.Bond@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JANIE McTEAR,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:07-cv-1589 KJM<br><br>**STIPULATION AND PROPOSED ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)** |

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel that, subject to the approval of the Court, Plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of THREE THOUSAND FIVE HUNDRED dollars and 00/100 cents ($3,500.00).[1]  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

    This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the

---

[1] Under the EAJA, a "prevailing party" must file an application for attorney fees "within thirty days of final judgment." 28 U.S.C. § 2412(d)(1)(A), (B); see also Akopyan v. Barnhart, 296 F.3d 852, 854 (9th Cir. 2002).  The Commissioner has waived the defense of timeliness in this case.  Waiver applies to in this case only and should not be construed as an intent to agree to waiver in any other case.

EAJA. Payment of THREE THOUSAND FIVE HUNDRED dollars and 00/100 cents ($3,500.00) in EAJA attorney fees, shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees in connection with this action. Any payment shall be delivered to Plaintiff's counsel.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Respectfully submitted,

Dated: December 17, 2010        /s/ *Sengthiene Bosavanh*
                                (As authorized via email)
                                SENGTHIENE BOSAVANH
                                Attorney for Plaintiff

Dated: December 17, 2010        BENJAMIN B. WAGNER
                                United States Attorney
                                LUCILLE GONZALES MEIS
                                Regional Chief Counsel, Region IX
                                Social Security Administration

                                */s/ Shea Lita Bond*
                                SHEA LITA BOND
                                Special Assistant U.S. Attorney

                                Attorneys for Defendant

**ORDER**

**APPROVED AND SO ORDERED:**

Dated: January 6, 2011

                                _____
                                MORRISON C. ENGLAND, JR.
                                UNITED STATES DISTRICT JUDGE

- 2 -